**Order entered April 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00386-CV

### IN RE  MICHAEL A. BLOOM, Relator

**Original Proceeding from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-01380-3**

## ORDER
Before Chief Justice Wright, Justice Lang and Justice Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** relator's Emergency Motion to Stay Order of April 1, 2016 Ordering Relator to

Vacate His House.  We **ORDER** relator to bear the costs of this original proceeding.


/s/      ADA BROWN
         JUSTICE